**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 24, 2021
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET # 21-314**

United States
       vs.
Steven Brooks

**APPEARANCES:**

Benjamin Levin, AUSA
Alan Zegas, Esq. for Defendant

**Nature of Proceedings:**   HEARING ON MAGISTRATE APPEAL

Hearing held with oral argument on the pending Appeal of the Magistrate decision. Court reserved decision and will render a ruling on 5/27/21 at 3:00 p.m.

**Time Commenced:** 11:00
**Time Adjourned:** 12:00
**Total Time:** 1:00

                                            RoseMarie Olivieri
                                            SENIOR COURTROOM DEPUTY