**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                **DATE:** May 27, 2021
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET # 21-314**

United States
       vs.
Steven Brooks

**APPEARANCES:**

Benjamin Levin, AUSA
Alan Zegas, Esq. for Defendant

**Nature of Proceedings**:     HEARING ON MAGISTRATE APPEAL

Hearing continued as to the pending Appeal of the Magistrate decision.
Court granted bail at $250,000 bond security by property, 3rd party custodians, travel restricted, defendant not to be release until 6/1/21, etc.
Order of release issued.

**Time Commenced:** 3:00
**Time Adjourned:** 4:00
**Total Time:** 1:00

                                                       RoseMarie Olivieri
                                                  SENIOR COURTROOM DEPUTY